UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARA A. GAVIGAN, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION<br>v. ) NO. 24-40166-MRG<br>)<br>MILFORD REGIONAL MEDICAL )<br>CENTER, et al., )<br>Defendants. )<br>) | |

**ORDER**
September 19, 2025

**GUZMAN, D.J.**

On May 9, 2025, the Court directed *pro se* plaintiff Tara Gavigan to file an amended complaint if she wished to proceed with this action. (ECF No. 15). The Court stated that failure to do so within twenty-eight (28) days of the date of the order would result in dismissal of the action without prejudice. On May 12, 2025, a copy of this order was mailed to Gavigan at the address on record. (ECF No. 16).

The deadline for complying with the Court's order has lapsed without any response from Gavigan. Accordingly, this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE